UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

U.S. DISTRICT COURT EASTERN DISTRICT-WI FILED '09 NOV 17 P2:35 JON W. SANFILIPPO CLERK

Redacted COPY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>WARREN DEMMIN,<br><br>Defendant. | Case No. 09 CR-285<br><br>[29 U.S.C. § 501(c)]<br><br>**Green Bay Division** |

## INDICTMENT

**THE GRAND JURY CHARGES:**

1. At all times relevant to this indictment:

    a. Local 449 of the Boilermakers Union ("Local 449") operated at Sturgeon Bay, in the State and Eastern District of Wisconsin, and was a labor organization within the meaning of 29 U.S.C. § 402(i).

    b. Warren Demmin was the Secretary-Treasurer of Local 449.

2. During the period from approximately January 1, 2006, through June 30, 2008, while acting as the Secretary-Treasurer for Local 449, Demmin submitted more than 180 vouchers to Local 449 falsely claiming that he was entitled to reimbursement from the union for wages he lost while performing work for the union. As a result of submitting these false claims, Demmin obtained more than $20,000 from Local 449 to which he was not entitled.

3. On or about the dates indicated below, in the State and Eastern District of Wisconsin,

**WARREN DEMMIN**

did knowingly embezzle and unlawfully and willfully convert to his own use, funds belonging to

Local 449 in the indicated amount by submitting a claim for reimbursement from Local 449 for time and pay Demmin falsely claimed to have lost while performing work for Local 449 when, as he well knew, he had not lost time and pay from work, and, therefore, was not entitled to reimbursement.

| Count | Date | Amount |
|---|---|---|
| 1 | April 14, 2008 | $169.12 |
| 2 | April 17, 2008 | $169.12 |
| 3 | April 30, 2008 | $169.12 |
| 4 | June 25, 2008 | $174.08 |

All in violation of Title 29, United States Code, Section 501(c).

**A TRUE BILL:**

███████████
FOREPERSON
Dated: 11/17/2009

*[signature]*
MICHELLE L. JACOBS
United States Attorney